# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:15CR289 |
| vs. | ) ) | ORDER |
| ANISSA J. DAMMANN, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court regarding the Motion to Withdraw [19] as counsel has discovered a conflict of interest. For that reason, Karen M. Shanahan shall be deemed withdraw, and new counsel will be appointed by further order of the court. The jury trial, previously set for March 1, 2016, shall be continued so that new counsel may meet and confer with the defendant. For good cause shown,

**IT IS ORDERED** that the Motion to Withdraw is granted, and

1. The jury trial now set for March 1, 2016 is continued to **March 29, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 29, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 3, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**